AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| NAHUEL DAVID MEDIZA and TOMAS ISAIAS MEDIZA, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>WILLIAMSBURG VEGAN CORP. (D/B/A THE VSPOT ORGANIC), WILLIAMSBURG VEGAN CORP. (D/B/A ST. MARK'S COMEDY CLUB), THE V-SPOT RESTAURANT, LLC (D/B/A THE VSPOT), VEGAN WHOLESALE FOODS CORP. (D/B/A THE VSPOT), DANIEL CARABANO, ALEXIS CARABANO, and STEVEN SIMICICH,<br><br>*Defendant(s)* | Civil Action No. 23-cv-9185 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catalina Sojo
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date:  12/15/2023


*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
NAHUEL DAVID MEDIZA and TOMAS ISAIAS MEDIZA, individually and on behalf of others similarly situated,

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

*Plaintiffs,*

-against-

WILLIAMSBURG VEGAN CORP. (D/B/A THE VSPOT ORGANIC), WILLIAMSBURG VEGAN CORP. (D/B/A ST. MARK'S COMEDY CLUB), THE V-SPOT RESTAURANT, LLC (D/B/A THE VSPOT), VEGAN WHOLESALE FOODS CORP. (D/B/A THE VSPOT), DANIEL CARABANO, ALEXIS CARABANO, and STEVEN SIMICICH,

*Defendants.*

---------------------------------------------------------X

Williamsburg Vegan Corp. (d/b/a The VSPOT Organic)
12 Saint Mark's Place
New York, NY 10003

Williamsburg Vegan Corp. (d/b/a St. Mark's Comedy Club)
12 Saint Mark's Place,
New York, NY 10003

The V-Spot Restaurant, LLC (d/b/a The VSPOT)
156 5th Ave
Brooklyn, NY 11217

Vegan Wholesale Foods Corp. (d/b/a The VSPOT)
156 5th Ave
Brooklyn, NY 11217

Daniel Carabano
c/o The VSPOT
156 5th Ave
Brooklyn, NY 11217

Alexis Carabano
c/o The VSPOT
156 5th Ave
Brooklyn, NY 11217

Steven Simicich
c/o The VSPOT
156 5th Ave
Brooklyn, NY 11217